**Robert W. CAMPBELL v. STATE.**

No. 20340.

Court of Criminal Appeals of Texas.
March 8, 1939.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for twenty years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Bennie CARVER, alias Charles L. Lane v. STATE.**

No. 20280.

Court of Criminal Appeals of Texas.
March 15, 1939.

Hill Stewart, of Lubbock, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is passing a forged instrument; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Henry MASSINGILL v. STATE.**

No. 20317.

Court of Criminal Appeals of Texas.
March 15, 1939.

Jack Acrey, of Dallas, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for illegally and intentionally cutting a telephone wire, punishment being two years in the penitentiary.

On March 3d, 1939 appellant filed in this court his affidavit in which he advises that he desires to withdraw his appeal and accept sentence.

At his request the appeal is dismissed.